Same case below, 602 F.3d 886.

Same case below, 378 Fed. Appx. 338.

**No. 10-5403. Daniel Loreto Noriega, Petitioner v. California.**

562 U.S. 1140, 131 S. Ct. 897, 178 L. Ed. 2d 758, 2011 U.S. LEXIS 538.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 48 Cal. 4th 517, 108 Cal. Rptr. 3d 74, 229 P.3d 1.

**No. 10-5651. N-A-M, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1141, 131 S. Ct. 898, 178 L. Ed. 2d 758, 2011 U.S. LEXIS 222.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 587 F.3d 1052.

**No. 10-5718. Emilio Reyes-Bosque, aka Emilio Varela, Petitioner v. United States.**

562 U.S. 1141, 131 S. Ct. 898, 178 L. Ed. 2d 758, 2011 U.S. LEXIS 286.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 596 F.3d 1017.

**No. 10-5836. Nancy Jean Siegel, Petitioner v. United States.**

562 U.S. 1141, 131 S. Ct. 899, 178 L. Ed. 2d 758, 2011 U.S. LEXIS 269.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-5898. Yolanda Parker, Petitioner v. Nancy Potter.**

562 U.S. 1141, 131 S. Ct. 899, 178 L. Ed. 2d 758, 2011 U.S. LEXIS 301.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 368 Fed. Appx. 945.

**No. 10-5909. Eric Dion Davis, Petitioner v. United States.**

562 U.S. 1141, 131 S. Ct. 899, 178 L. Ed. 2d 758, 2011 U.S. LEXIS 453.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 600 F.3d 1014.

**No. 10-5922. Dion Banks, Petitioner v. Illinois.**

562 U.S. 1141, 131 S. Ct. 899, 178 L. Ed. 2d 758, 2011 U.S. LEXIS 100.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 237 Ill. 2d 154, 343 Ill. Dec. 111, 934 N.E.2d 435.